## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LAURA JOHNSON
Plaintiff

v.     Case No. 2:17-cv-00780 RB-SMV

21st CENTURY CENTENNIAL
INSURANCE CO.,
Defendant

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court upon the Parties' Stipulation of Dismissal without Prejudice, and the Court having considered the stipulation and being otherwise informed of the premises,

FINDS that the stipulation is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claims and causes against Defendant are hereby dismissed without prejudice with each Party to bear its own attorneys' fees and costs.

_____
HONORABLE ROBERT C. BRACK
United States District Judge

**SUBMITTED BY**:

B‍UTT T‍HORNTON & B‍AEHR PC

*/s/ James H. Johansen*
James H. Johansen
Amy E. Headrick
*Attorney for Defendant*
*21st Century Centennial Insurance Co.*
PO Box 3170
Albuquerque, NM 87190
Telephone: (505) 884-0777
jhjohansen@btblaw.com
aeheadrick@btblaw.com


**APPROVED BY:**

/s/  Approved via email 9/29/2017 by:
William R. Anderson
Law Offices of Daniel G. Acosta
*Attorney for Defendant*
*21st Century Centennial Insurance Co.*
3800 E. Lohman, Ste. B
Las Cruces, NM 88011
Phone: (575) 522-4102
william.anderson@farmersinsurance.com


/s/  Approved via email 10/10/2017 by:
E. Ryan Hutcheson
Davis W. Smith, P.C.
*Attorney for Plaintiff*
1220 Ave. K
Lubbock, TX 79401
efile@gorillalawfirm.com